**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| IN THE INTEREST OF: B.H., A MINOR | : | No. 370 EAL 2021 |
| | : | |
| | : | |
| PETITION OF: B.H., A MINOR | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |

## **ORDER**

**PER CURIAM**

     **AND NOW**, this 14th day of February, 2022, the Petition for Allowance of Appeal is **DENIED**.